UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| KELVIN BRIDGES,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL,<br><br>    Defendant. | Case No. 18-cv-05764-RMI<br><br>**ORDER TO SHOW CAUSE** |

This Social Security appeal was filed on September 20, 2018. (Dkt. 1). Pursuant to the Court's Scheduling Order, Plaintiff's motion for summary judgment was due on March 7, 2019. (Dkt. 2). Plaintiff's motion has not yet been filed.

Accordingly, Plaintiff is HEREBY ORDERED to show cause why this case should not be dismissed without prejudice for failure to prosecute. Parties shall file responses no later than October 21, 2019.

**IT IS SO ORDERED.**

Dated: October 7, 2019

ROBERT M. ILLMAN
United States Magistrate Judge